

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-24-00194-CR

_____

## IN RE ROBIN JAY BROWN

_____

## Original Proceeding

_____

## From the 54th District Court
## McLennan County, Texas
## Trial Court No. 2020-458-C2

## MEMORANDUM OPINION

Relator Robin Jay Brown's "Petition for Writ of Mandamus," filed on June 25, 2024, is denied. "Relator's Emergency Motion for Stay of the Proceedings," filed on June 25, 2024, is dismissed as moot.

MATT JOHNSON
Justice

Before Chief Justice Gray,
    Justice Johnson, and
    Justice Smith
(Chief Justice Gray dissents.)
Petition denied
Opinion delivered and filed June 25, 2024
Do not publish
[OT06]

